

# Supreme Court of Missouri

### en banc

June 2, 2010

| | |
|---|---|
| In re: Eric T. Tolen, ) | |
| ) | Supreme Court No. SC90927 |
| Respondent. ) | MBE No. 33260 |

### ORDER

WHEREAS, the Office of Chief Disciplinary Counsel has filed a motion for final discipline pursuant to Rule 5.21(c) advising this Court that on September 19, 2008, Respondent was found guilty to thirty-eight felonies in the Circuit Court of St. Louis County in case number 07SL-CR02791, and said convictions are now final;

The Court finds that Respondent is guilty of professional misconduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said Eric T. Tolen, be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said Eric T. Tolen, comply in all respects with 5.27 - Notification of Clients and Counsel.

Fee pursuant to Rule 5.19(h) in the amount of $2000.00 payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

Costs taxed to Respondent.

Day - to - Day

_____
Michael A. Wolff
Acting Chief Justice