UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|                     |     |                  |
|---------------------|-----|------------------|
|                     | )   |                  |
|                     | )   |                  |
| IN THE MATTER OF:   | )   |                  |
|                     | )   |                  |
| ERIC T. TOLEN       | )   | 4:07 MC 519 CDP  |
|                     | )   |                  |
|                     | )   |                  |

## ORDER

This Court has been advised by receipt of a certified copy of the June 2, 2010 order of the Supreme Court of Missouri, entered in **In re: Eric T. Tolen**, Cause No. 90927, that Eric T. Tolen has been disbarred from the practice of law by the Supreme Court of Missouri.

Eric T. Tolen has been admitted to practice before this Court but was suspended by order entered in this cause on November 26, 2007 pending the final outcome of criminal charges. [Doc. #5] Following the Supreme Court of Missouri's entry of a final order of disbarment, this Court issued its order dated July 13, 2010 directing Eric T. Tolen to show cause in writing within thirty days after service of that order why the final discipline prescribed by the Supreme Court of Missouri should not be imposed reciprocally by this Court. The order was sent by certified mail on July 13, 2010 to the last known address of Eric T. Tolen, and the record reflects proof of delivery at that address on July 15, 2010. A timely response was filed by Respondent requesting this Court to withhold discipline until Respondent's Petition for Writ of Certiorari to the United States Supreme Court could be decided. [Doc.#9] No other grounds were asserted as a basis for this Court to decline to impose the same discipline as ordered by the Supreme Court of Missouri. The Petition for Writ of Certiorari was denied on October 4, 2010. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Eric T. Tolen pursuant

to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Eric T. Tolen be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 29th day of November, 2010.

**BY THE COURT:**

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Audrey G. Fleissig

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw

Judge Stephen N. Limbaugh, Jr., not participating.